David Krieger, Esq.
Nevada Bar No. 9086                                            E-FILED: July 29, 2011
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, NV 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Tan Y. Mar and Milagros Mar

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-10-25490-LBR |
| | ) Chapter 13 |
| | ) |
| | ) Hearing Date:   OST REQUESTED |
| **Tan Y. Mar and Milagros Mar**, | ) Hearing Time:   OST REQUESTED |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

### MOTION FOR ORDER SHORTENING TIME ON MOTION VACATING THE AUTOMATIC STAY AS TO HSBC BANK, NA AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES 2007-PA2 BY ITS ATTORNEY IN FACT WELLS FARGO AND REINSTATING AUTOMATIC STAY TO CREDITOR

COME NOW, Debtors, William J. Durham and Julie L. Durham, by and through attorney of record, George Haines, Esq., and hereby moves this Honorable Court for an Order Shortening Time within which the attached MOTION VACATING THE AUTOMATIC STAY AS TO HSBC BANK, NA AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES 2007-PA2 BY ITS ATTORNEY IN FACT WELLS FARGO AND REINSTATING AUTOMATIC STAY TO CREDITOR may be heard in the above-entitled action.

This Request is made pursuant to LR 9006 as well as the attached sworn statement.

- 1 -

- 2 -

Dated: July 29, 2011

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

- 2 -